1  LESLIE HOLMES (SB# 192608)
   leslie@hulawyers.com
2  HOLMES & USOZ LLP
   333 West Santa Clara Street, Suite 805
3  San Jose, CA 95113
   Telephone:  (408) 292-7600
4  Facsimile:  (408) 292-7611

5  Attorney for Plaintiff
   MICHAEL DESANTIS
6
   E. JEFFREY GRUBE (SB# 167324)
7  jeffgrube@paulhastings.com
   JEFFREY P. MICHALOWSKI (SB# 248073)
8  jeffmichalowski@paulhastings.com
   PAUL HASTINGS LLP
9  55 Second Street, Twenty-Fourth Floor
   San Francisco, CA  94105-3441
10 Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
11
   Attorneys for Defendants
12
   INTERNATIONAL BUSINESS MACHINES CORPORATION
13 and GARY ROBINSON

14                       UNITED STATES DISTRICT COURT

15                      NORTHERN DISTRICT OF CALIFORNIA

16                              SAN JOSE DIVISION

17

| | |
|---|---|
| MICHAEL DESANTIS, an individual, | CASE NO. 10-CV-4602-JF |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER SELECTING ADR PROCESS** |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, a corporation;  GARY ROBINSON, an individual, | |
| Defendant. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, a corporation; | |
| Counterclaimant, | |
| vs. | |
| MICHAEL DESANTIS, an individual, | |
| Counter-Defendant. | |

Case No. 10-CV-4602-JF

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS

1  Counsel report that they have met and conferred regarding ADR and have reached the
2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3  The parties agree to participate in the following ADR process:
4  **Court Processes:**
5  ☐ Non-binding Arbitration (ADR L.R. 4)
6  ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
7  ☐ Mediation (ADR L.R. 6)
8  **Private Process:**
9  ☒ Private ADR (*please identify process and provider*) **Private mediation**
10 **before a mediator agreed to by the parties.**
11  The parties agree to hold the ADR session by:
12 ☐ the presumptive deadline (*The deadline is 90 days from the date of the*
13 *order referring the case to an ADR process unless otherwise ordered.*)
14 ☒ other requested deadline **Within 90 days from the date of Plaintiff's**
15 **deposition, currently noticed for September 8, 2011.**

17 DATED: August 15, 2011    LESLIE HOLMES
                             HOLMES AND USOZ LLP
18
19                           By:     /s/ Leslie Holmes
                                     LESLIE HOLMES
20
                             Attorneys for Plaintiff
21                           Michael DeSantis

22 DATED: August 15, 2011    E. JEFFREY GRUBE
                             JEFFREY P. MICHALOWSKI
23                           PAUL HASTINGS LLP
24
                             By:     /s/ Jeffrey P. Michalowski
25                                   JEFFREY P. MICHALOWSKI

26                           Attorneys for Defendants
                             INTERNATIONAL BUSINESS MACHINES
27                           CORPORATION and GARY ROBINSON
28

Case No. 10-CV-4602-JF          -1-       STIPULATION AND [PROPOSED] ORDER
                                          SELECTING ADR PROCESS

# ~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private mediation before a mediator agreed to by the parties.

Deadline for ADR session

- ☐ 90 days from the date of this order.
- ☒ Within 60 days from the date upon which both parties have completed at least one deposition.

IT IS SO ORDERED.

DATED: August 18, 2011

_____
Jeremy Fogel
United States District Judge

LEGAL_US_W # 68840285.1

-2-

Case No. 10-CV-4602-JF

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS