UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL DESANTIS, an individual, | Case No.: 10-cv-04602-LHK |
| Plaintiff, | |
| v. | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, a corporation; GARY ROBINSON, an individual, | |
| Defendants. | |

The case management conference currently scheduled for Wednesday, March 7, 2012, at 2:00 p.m., is hereby continued to March 21, 2012, at 2:00 p.m.  Pursuant to the parties' Joint Case Management Statement, ECF No. 57, the parties shall file a stipulated request for injunction by March 2, 2012.  By March 14, 2012, the parties shall file either their stipulated request for dismissal or a new joint case management statement.

**IT IS SO ORDERED.**

Dated: March 2, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 10-cv-04602-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE