1   E. JEFFREY GRUBE (SB# 167324)
    jeffgrube@paulhastings.com
2   JEFFREY P. MICHALOWSKI (SB# 248073)
    jeffmichalowski@paulhastings.com
3   PETER A. COOPER (SB# 275300)
    petercooper@paulhastings.com
4   PAUL HASTINGS LLP
    55 Second Street
5   Twenty-Fourth Floor
    San Francisco, CA  94105-3441
6   Telephone:  (415) 856-7000
    Facsimile:  (415) 856-7100
7
    Attorneys for Defendants
8   INTERNATIONAL BUSINESS MACHINES CORPORATION
    and GARY ROBINSON
9
    LESLIE HOLMES (SB# 192608)
10  leslie@hulawyers.com
    HOLMES & USOZ LLP
11  333 West Santa Clara Street, Suite 805
    San Jose, California 95113
12  Telephone:  (408) 292-7600
    Facsimile:  (408) 292-7611
13
    Attorneys for Plaintiff
14  MICHAEL DESANTIS

15                      UNITED STATES DISTRICT COURT

16                     NORTHERN DISTRICT OF CALIFORNIA

17                             SAN JOSE DIVISION

| | |
|---|---|
| 18   MICHAEL DESANTIS, an individual, | CASE NO. CV-10-04602 LHK |
| 19                  Plaintiff, | **STIPULATION AND [~~PROPOSED~~]** |
| 20       vs. | **ORDER GRANTING INJUNCTION** |
| 21   INTERNATIONAL BUSINESS MACHINES CORPORATION, a corporation;  GARY | |
| 22   ROBINSON, an individual, | |
| 23                  Defendant. | |
| 24   INTERNATIONAL BUSINESS MACHINES CORPORATION, a corporation; | |
| 25                  Counterclaimant, | |
| 26       vs. | |
| 27   MICHAEL DESANTIS, an individual, | |
| 28                  Counter-Defendant. | |

**STIPULATION**

WHEREAS the parties reached a confidential settlement of all claims and counterclaims in this action, including IBM's counterclaims for conversion of IBM property, data, documents and information;

WHEREAS, as part of that settlement, which otherwise remains confidential in all respects, DeSantis agreed to enter into a stipulated injunction, under which DeSantis: (a) shall return to IBM all IBM drives and all hard copies of all IBM data and documents in his possession; (b) shall destroy all electronic copies of IBM data and documents in his possession; (c) shall not access any IBM data or documents; and (d) shall not disclose in any manner IBM data or documents to anyone other than IBM;

IT IS HEREBY STIPULATED BY IBM AND DESANTIS, ACTING THROUGH THEIR COUNSEL OF RECORD:

That the Court issue an injunction consisting of the following terms:

1. DeSantis shall return to IBM all IBM drives and all hard copies of IBM data, documents, and/or information that are currently in DeSantis's possession, custody, and/or control;

2. DeSantis shall destroy all electronic copies of IBM data, documents and/or information that are currently in DeSantis's possession, custody, and/or control;

3. DeSantis shall sign a Declaration, under penalty of perjury, upon the completion of said destruction of IBM data and documents, and deliver it to counsel for IBM within thirty (30) days from the date of this Stipulation;

4. DeSantis shall refrain from accessing, inspecting, and/or reviewing any IBM data, documents, and/or information; and

5. DeSantis shall refrain from disclosing IBM data, documents, or information in any manner to anyone other than IBM.

The injunction shall become effective immediately upon issuance and shall remain in effect for two years. This injunction shall not in any way limit DeSantis's continuing contractual,

statutory, and common law duties, if any, to maintain confidentiality of trade secret and proprietary information.

The parties shall file a stipulation for dismissal with prejudice of the entire action, within three days after the Court acts upon this stipulation.

IT IS SO STIPULATED.

DATED: March 2, 2012

E. JEFFREY GRUBE
JEFFREY P. MICHALOWSKI
PETER A. COOPER
PAUL HASTINGS LLP

By: _____s/ Jeffrey P. Michalowski_____
JEFFREY P. MICHALOWSKI

Attorneys for Defendants
INTERNATIONAL BUSINESS MACHINES CORPORATION and GARY ROBINSON

DATED: March 2, 2012

LESLIE HOLMES
HOLMES & USOZ LLP

By: _____s/Leslie Holmes_____
LESLIE HOLMES

Attorneys for Plaintiff
MICHAEL DESANTIS

# [PROPOSED] ORDER AND INJUNCTION

UPON THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, the Court hereby orders and issues an injunction, mandating that:

1. Plaintiff Michael DeSantis ("DeSantis") shall return to Defendant International Business Machines Corporation ("IBM") all IBM drives and all hard copies of IBM data, documents, and/or information that are currently in DeSantis's possession, custody, and/or control;

2. DeSantis shall destroy all electronic copies of IBM data, documents, and/or information that are currently in DeSantis's possession, custody and/or control.

3. DeSantis shall refrain from accessing, inspecting, and/or reviewing any IBM data, documents, and/or information; and

4. DeSantis shall refrain from disclosing IBM data, documents, or information in any manner to anyone other than IBM.

This injunction does not limit DeSantis's continuing contractual, statutory, and common law duties, if any, to maintain confidentiality of trade secret and proprietary information. The injunction shall remain in effect until March _6_, 2014, at which point it shall expire.

DATED: March 6, 2012

_Lucy H. Koh_
Lucy H. Koh
United States District Judge